UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO 22-186(1) (SRN/TNL

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| | ) | |
| v. | ) | **MOTION FOR ESCORTED** |
| | ) | **RELEASE TO ATTEND** |
| **SCOTT CHRISTOPHER DOBBELARE** | ) | **FUNERAL** |
| | ) | |
| **Defendant** | ) | |

The defendant Scott Christopher Dobbelaere, through his undersigned attorney, moves the Court for an Order directing the United States Marshall's Service to escort Defendant Scott Christopher Dobbelaere to The Resurrection Catholic Church, located at 1600 11th Ave SE, in Rochester, Minnesota, to attend the October 26, 2022, visitation and funeral for his brother, Anthony Dobbelaere, who passed away suddenly on October 20, 2022.

In support of this motion, the undersigned states:

1. On October 20, 2022, Anthony "Tony" Dobbelaere, the Mr. Dobbelaere's 43-year old brother, died unexpectedly. Anthony Dobbelaere's visitation and funeral are scheduled for Wednesday, October 26, 2022, at 1:00pm to 2:00pm (visitation) and 2:00pm to 3:pm (funeral) at the Resurrection Catholic Church, located at 1600 11th Ave SE, in Rochester, Minnesota. A copy the funeral notice for Anthony Dobbelaere published online by the Macken Funeral Home in Rochester, Minnesota is submitted as an exhibit to this motion.

2. Mr. Dobbelaere respectfully requests that the Court allow him to mourn with his family by attending his brother's visitation funeral and spending a short time with his family after the funeral. Mr. Dobbelaere is willing to accept any conditions the Court and United States Marshall might choose to impose.

1

3.      Counsel advised Assistant United States Attorney Allen Slaughter of Mr. Dobbelaere's brother's death and that he would be filing a motion for a furlough as soon as he learned specifics about the funeral. Counsel was unable to update the Government about the timing of the funeral before the weekend. The imminent date of the funeral requires that Counsel file this motion without ascertaining the Government's position.

WHEREFORE, it is respectfully requested that this Court issue an Order directing the United States Marshall's Service to arrange for Dobbelaere to be escorted to The Resurrection Catholic Church, located at 1600 11th Ave SE, in Rochester, Minnesota on October 26, 2022, so that he can attend the visitation and funeral for his brother Anthony Dobbelaere.

Dated: October 23, 2022

**JOHNSON & GREENBERG, PLLP**

*s/Lee R. Johnson*
Lee R. Johnson #189935
5775 Wayzata Boulevard
Suite 700
St. Louis Park, MN 55416
(952) 545-1621

Attorneys for Defendant
Scott Christopher Dobbelaere

2