UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-CR-186 (4) (SRN-TNL)

_____

UNITED STATES OF AMERICA,

          PLAINTIFF,

v.

EDWARD GARY KEARNS,

          DEFENDANT.

MOTION FOR MODIFICATION CONDITIONS OF RELEASE

_____

    Edward Kearns, by and through his attorney, Matthew J. Mankey, hereby moves the Court to allow a furlough for the Thanksgiving and Christmas holidays. Mr. Kearns was indicted on August 16, 2022 and had a detention hearing on August 23, 2022. Mr. Kearns was ordered to reside in Bethel Halfway House in Duluth and will remain there pending his sentencing. Mr. Kearns has had no violations on pretrial release, has obtained employment and has family that resides in the Cloquet, MN area.

    Assistant United States Attorney Allen Slaughter and United States Probation Officer Matt Koppes do not object to this request. Mr. Kearns would like to stay with family from November 24, 2022 through November 27, 2022 and December 23, 2022 through December 26, 2022. Mr. Koppes will have the address and contact information for the family member that Mr. Kearns will be staying with.

    Mr. Kearns' change of plea hearing is scheduled for December 5, 2022 at 1:30 p.m. before the Honorable Susan Richard Nelson.

It is respectfully requested that the Court issue an Order allowing the furloughs.

Dated: November 15, 2022            Respectfully submitted,

*/s/ Matthew J. Mankey*
Attorney for Defendant
Attorney ID #230303
5500 Wayzata Blvd, Suite 1025
Golden Valley, MN
(763) 560-4388
matthewmankey@comcast.net