# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 22-CR-186(4) (SRN/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| EDWARD GARY KEARNS, | |
| Defendant. | |

Allen A. Slaughter, Jr, Office of the United States Attorney, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for the Government.

Matthew J. Mankey, Mankey Law Office, 5500 Wayzata Blvd., Suite 1025, Golden Valley, MN 55416, for Defendant Kearns.

This matter is before the Court upon the Motion of Defendant Edward Gary Kearns for a furlough for the Thanksgiving and Christmas holidays [Doc. No. 175]. Mr. Kearns has been ordered to reside at a halfway house pending the resolution of this matter, and has requested to be furloughed to stay with his family from November 24, 2022 through November 27, 2022, and again from December 23, 2022 through December 26, 2022. According to the motion, neither the Assistant United States Attorney nor the United States Probation Officer object to this request.

Accordingly, based on the foregoing, and on all the files, records, and proceedings herein, IT IS HEREBY ORDERED that the motion [Doc. No. 175] is GRANTED. IT IS FURTHER ORDERED THAT:

1. The defendant is to be released from the Bethel Halfway House in Duluth on Thursday, November 24, 2022 at 8:00 a.m. and is to return to the same facility no later than Sunday, November 27, 2022 at 8:00 p.m.

2. The defendant is to be released from the Bethel Halfway House in Duluth on Friday, December 23, 2022 at 8:00 a.m. and is to return to the same facility no later than Monday, December 26, 2022 at 8:00 p.m.

3. For each of these furloughs, the defendant shall provide the Probation Office with an itinerary (including time and address) of any location to which he will be traveling – in addition to the address of the family member(s) with whom he will be residing during this period. Any location other than the family address must be pre-approved by the Probation Office.

4. The defendant shall provide his attorney, as well as the Probation Office, with a mobile phone number at which he can be reached at all times during the furloughs.

Dated: November 17, 2022

 s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge