# Wold Morrison Law

**Peter B. Wold**
pwold@wold-law.com

Criminal Law Specialist
Certified by MSBA

also licensed in North Dakota
also licensed in South Dakota

**Aaron J. Morrison**
amorrison@wold-law.com

Criminal Law Specialist
Certified by MSBA

also licensed in Wisconsin

**Karen K.O. Parker**
Office Administrator
koparker@wold-law.com

December 7, 2022

The Honorable Tony N. Leung
U.S. Magistrate Judge
U.S. Courthouse
300 S Fourth Street, Ste. 9W
Minneapolis, MN 55415

RE:   US v. Marshall M. Galbreath
      Case No.: 22cr186

Dear Magistrate Leung:

Please be advised that the parties have reached a plea agreement in the above matter.

Defendant Galbreath will not be filing any motions in this matter. Please excuse us from the Motion Hearing scheduled for December 29, 2022.

Thank you.

Sincerely,

**WOLD MORRISON LAW**

  s/ Peter B. Wold

PBW/ko
cc:    Allen Slaughter, AUSA

TriTech Center, Suite 705
331 Second Avenue S
Minneapolis, MN 55401
Office: 612-341-2525
Fax: 612-341-0116